JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA BENITEZ PINEDA, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALLE DEL SOL, LLC, a California corporation; VALLE DEL SOL JONES, LLC, a California corporation, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:22-cv-04926-SB-JEM<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Having considered the Parties' Joint Stipulation to Submit to Binding Arbitration and Stay Litigation, Dkt No. 11, the Court hereby enters the following order:

1. The above stipulation is approved and so ordered subject to the modifications below;

2. The above-entitled action, Case No. 2:22-cv-04926-SB-JEM, shall be dismissed without prejudice, rather than stayed, as the resolution of the First Amended Complaint will now be decided through arbitration, *see Johnmohammadi v. Bloomingdale's, Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014) (noting that a court may stay or dismiss an action when all the claims are arbitrable); and

3. The parties may request that the Court reopen the case to enforce the terms of the stipulation; to confirm, vacate, modify or correct the arbitrator's award; and to make any other orders deemed necessary and proper.

If any party objects to the dismissal without prejudice, it shall file a motion requesting a modification of this order *by no later than August 18, 2022*,

explaining why the Court should stay rather than dismiss without prejudice (subject to reopening) and what prejudice would be caused by a dismissal rather than stay. In light of this Order, the Court hereby discharges the Order to Show Cause, Dkt. No. 12, issued about the parties' Joint Rule 26(f) Report and vacates the hearing scheduled on August 19, 2022.

IT IS SO ORDERED.

Dated: August 11, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge